## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Pioneer National Latex Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  8  –  1  2  2  3  5  8  8 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5000 E 29th Street N**<br>Number     Street | <br>Number     Street |
| | P.O. Box |
| **Wichita**          **KS**     **67220**<br>City          State     ZIP Code | <br>City          State     ZIP Code |
| **Sedgwick**<br>County | **Location of principal assets, if different from principal place of business** |
| | **Multiple Locations**<br>Number     Street |
| | <br>City          State     ZIP Code |

5.  **Debtor's website (URL)**          **https://www.pioneerpartygroup.com/**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| 7. | Describe debtor's business | *A. Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

District _____ When _____ Case number _____
                                 MM / DD / YYYY

District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Continental American Corporation** _____ Relationship **Parent** _____

District **District of Kansas** _____ When **09/22/2023**
                                          MM / DD / YYYY

Case number, if known **TBD** _____

Debtor _____ Relationship _____

District _____ When _____
                                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number     Street

_____

_____
City               State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### ■ Statistical and adminstrative information

| 13. | Debtor's estimation of available funds |
|---|---|

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Pioneer National Latex Inc**        Case number (if known) _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**
MM / DD / YYYY

X **/s/ Daniel A. Flynn**
Signature of authorized representative of debtor

**Daniel A. Flynn**
Printed name

**Chief Executive Officer**
Title

**18. Signature of attorney**

X **/s/ David Prelle Eron**      Date **09/22/2023**
Signature of attorney for debtor         MM / DD / YYYY

**David Prelle Eron**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N. Main St., Suite 2000**
Number      Street

**Wichita**        **KS**    **67202**
City          State    ZIP Code

**(316) 262-5500**        **david@eronlaw.net**
Contact phone        Email address

**23429**        **KS**
Bar number        State

**Fill in this information to identify the case:**

Debtor name __**Pioneer National Latex Inc**__

United States Bankruptcy Court for the: __**DISTRICT OF KANSAS**__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| **Creditor's name**<br>CIBC Bank USA | **Describe debtor's property that is subject to a lien**<br>Business | $3,800,000.00 | $3,000,000.00 |
|---|---|---|---|

**Creditor's mailing address**
1200 Main St

**Describe the lien**
Agreement

Kansas City        MO   64105

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) White Oak Commercial Finance LLC; 2) CIBC Bank USA; 3) Varilease Finance Inc EFT; 4) HYG Financial Services Inc.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $14,097,584.28

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Part 1:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**  Creditor's name
__HYG Financial Services Inc__

Creditor's mailing address
__PO Box 35701__

_____

__Billings__        __MT__   __59107__

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  __2.1__

Describe debtor's property that is subject to a lien

**Business**

Describe the lien

__Agreement__

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,584.28 | $3,000,000.00 |

**2.3**  Creditor's name
__Varilease Finance Inc EFT__

Creditor's mailing address
__2800 E Cottonwood Pkwy 2nd Fl__

_____

__Salt Lake City__      __UT__   __84121__

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  __2.1__

Describe debtor's property that is subject to a lien

**All Assets**

Describe the lien

__Agreement__

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,600,000.00 | $3,000,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the
value of collateral.

*Column B*
**Value of collateral
that supports
this claim**

**2.4**

Creditor's name
**White Oak Commercial Finance LLC**

Describe debtor's property that is
subject to a lien

$7,695,000.00     $3,000,000.00

Creditor's mailing address
**1155 Avenue of the Americas**

**Business**

Describe the lien

**Agreement**

_____

**New York     NY    10036**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

_____

Date debt was incurred    _____

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

☐   No. Specify each creditor, including this
creditor, and its relative priority.

☑   Yes. The relative priority of creditors is
specified on lines   **2.1**

☐ Contingent

☑ Unliquidated

☐ Disputed

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Corporation Service Company**<br>**PO Box 2576**<br><br>**Springfield** IL **62708** | Line **2.3** | ___ ___ ___ ___ |
| **Corporation Service Company**<br>**PO Box 2576**<br><br>**Springfield** IL **62708** | Line **2.3** | ___ ___ ___ ___ |
| **CT Corporation**<br>**4400 Easton Commons Way Ste 125**<br><br>**Columbus** OH **43219** | Line **2.1** | ___ ___ ___ ___ |
| **CT Corporation System**<br>**330 N Brand Blvd Ste 700**<br><br>**Glendale** CA **91203** | Line **2.1** | ___ ___ ___ ___ |
| **Dentons US LLP**<br>**4520 Main St Ste 1100**<br><br>**Kansas City** MO **64111** | Line **2.1** | ___ ___ ___ ___ |
| **VFI ABS 2022-1 LLC**<br>**2800 East Cottonwood Parkway 2nd Floor**<br><br>**Salt Lake City** UT **84121** | Line **2.3** | ___ ___ ___ ___ |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **VFI KR SPE I LLC** | Line   **2.3** | ___ ___ ___ ___ |
| **2800 East Cottonwood Parkway 2nd Floor** | | |
| | | |
| | | |
| **Salt Lake City**      **UT**    **84121** | | |

Debtor      **Pioneer National Latex Inc**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

     If more space is needed for priority claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 | $8,500.00 |

**Barbara A Siler**

**331 State Route 302**

_____

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Polk**      **OH**    **44866-9754**

Basis for the claim:
**Wages**

**Date or dates debt was incurred**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

**Stay bonus through 12/1/23 payroll**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2** Priority creditor's name and mailing address

**Brandon T Barker**

**310 Vine St**

**Ashland**        **OH**     **44805**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**Stay bonus through 10/20/23 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,600.00**     Priority amount: **$2,600.00**

---

**2.3** Priority creditor's name and mailing address

**Brenda K Lane**

**1901 Township Road 1215**

**Ashland**        **OH**     **44805-9429**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**Stay bonus through 10/6/23 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,555.00**     Priority amount: **$1,555.00**

---

**2.4** Priority creditor's name and mailing address

**Cathy R Jones**

**6262 Olivesburg**

**Shiloh**        **OH**     **44878**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**Stay bonus through 10/6/23 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,300.00**     Priority amount: **$1,300.00**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2.5**  Priority creditor's name and mailing address

**Charles P Bunn**

**968 State Route 58**

_____

_____

**Ashland**                    **OH**    **44805-8817**

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Stay bonus through 10/27/23 payroll**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $4,692.00    **Priority amount** $4,692.00

---

**2.6**  Priority creditor's name and mailing address

**Danny R Bunn**

**1093 Township Road 1704**

_____

_____

**Ashland**                    **OH**    **44805**

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Stay bonus after 10/1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $52,360.00    **Priority amount** $13,650.00

---

**2.7**  Priority creditor's name and mailing address

**Debbie L Klingler**

**674 Township Road 350**

_____

_____

**Sullivan**                    **OH**    **44880**

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Stay bonus after 10/1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $38,703.00    **Priority amount** $13,650.00

Debtor    **Pioneer National Latex Inc**          Case number (if known) _____

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

         **Total claim**      **Priority amount**

**2.8**   Priority creditor's name and mailing address

**Gary Knoll**

**705 Thomas Rd**

**Willard**        **OH**    **44890**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Stay bonus through 10/6 payroll**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $2,500.00    **Priority amount:** $2,500.00

---

**2.9**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia**       **PA**    **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $0.00    **Priority amount:** $0.00

---

**2.10**   Priority creditor's name and mailing address

**Kansas Department of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka**       **KS**    **66601-3058**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $0.00    **Priority amount:** $0.00

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 4

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.11** Priority creditor's name and mailing address

Kathy S Bradford

1347 Township Road 856

_____

_____

Ashland                    OH      44805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Stay bonus through 10/6/23 payroll

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,300.00**     Priority amount: **$1,300.00**

---

**2.12** Priority creditor's name and mailing address

Luann E Kithcart

33 East 2th St

_____

_____

Ashland                    OH      44805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Stay bonus through 10/6/23 payroll

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,300.00**     Priority amount: **$1,300.00**

---

**2.13** Priority creditor's name and mailing address

Michael W Walz

2401 Shadowood Ln

_____

_____

Mansfield                  OH      44903-8412

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Stay bonus through 10/6/23 payroll

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,884.00**     Priority amount: **$1,884.00**

## Part 1:    Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.14**    **Priority creditor's name and mailing address**

**Stacy L Myers**

**826 Ohio St**

_____

_____

**Ashland**            **OH**    **44805**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(__4__)

**Stay bonus through 11/3 payroll**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$4,196.00**    Priority amount: **$4,196.00**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$5,847.44

**A & M Fire and Safety Equip Inc**

**500 E Main St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Ashland**            OH      44805-2548

**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$3,607.94

**Akron Dispersions**

**3291 Sawmill Road**

**PO Box 4195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Akron**            OH      44321

**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,667.00

**APO Pumps & Compressors Inc**

**PO Box 634968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Cincinnati**            OH      45263-4968

**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,766.70

**Bond Chemicals Inc**

**1154 W Smith Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Medina**            OH      44256-2443

**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**Unknown**

**Brenntag Mid South Inc**

**3796 Reliable Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Chicago**    IL    **60686-0037**    **Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Spreadsheet Balance - (2,292.60)?**

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$1,258.35**

**Burns Industrial Equipment**

**PO Box 932678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Cleveland**    OH    **44193**    **Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$6,356.23**

**C & K Industrial Services Inc**

**5617 E Schaaf Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Independence**    OH    **44131**    **Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$801.02**

**Chemsafe International**

**1 Zenex Cir**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Bedford**    OH    **44146**    **Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**CIBC Bank USA**

**1200 Main St**

_____

**Kansas City**          **MO**    **64105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Loan**

$136,000.00

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**City of Ashland Div of Water**

**206 Claremont Ave**

_____

**Ashland**          **OH**    **44805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

$826.00

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Columbia Gas of Ohio**

**PO Box 4629**

_____

**Carol Stream**          **IL**    **60197-4629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

$11,645.21

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Constellation PNL**

**PO Box 5473**

_____

**Carol Stream**          **IL**    **60197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

$24,783.41

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Pioneer National Latex Inc** | Case number (if known) _____ |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**    Nonpriority creditor's name and mailing address

**$1,573.44**

**Davis & Newcomer Elevator**

**PO Box 187**

**17492 SR 12 W**

**Arcadia**        **OH**    **44804**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.14**    Nonpriority creditor's name and mailing address

**$13,593.00**

**Estes Express Lines**

**PO Box 105160**

**Atlanta**        **GA**    **30348-5160**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.15**    Nonpriority creditor's name and mailing address

**$577.00**

**Frontier**

**PO Box 740407**

**Cincinnati**        **OH**    **45274-0407**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.16**    Nonpriority creditor's name and mailing address

**$900.00**

**H T I Inc**

**3835 Attucks Dr**

**Powell**        **OH**    **43065**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 10

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Hillsdale Development**

**PO Box 187**

_____

| **Ashland** | **OH** | **44805** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$94,800.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Home Depot Credit**

**Dept 32-2535124162**

**PO Box 78047**

_____

| **Phoenix** | **AZ** | **85062-8047** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,825.84**

---

| 3.19 | Nonpriority creditor's name and mailing address |
| --- | --- |

**International Paper**

**Wooster Solon Plant**

**689 Palmer St**

_____

| **Wooster** | **OH** | **44691** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,972.44**

---

| 3.20 | Nonpriority creditor's name and mailing address |
| --- | --- |

**J & B Acoustical Inc**

**2750 Lexington Ave**

**PO Box 3015**

_____

| **Mansfield** | **OH** | **44904** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,663.00**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Keybank Cardmember**

**PO Box 89446**

_____

**Cleveland**                    OH      44101-6446

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$931.00

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Mavin**

**2871 US 62**

_____

**Dundee**                       OH      44624

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$17,813.70

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**MS Outdoors LLC**

**423 Eastern Ave**

_____

**Ashland**                      OH      44805

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,938.40

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Ohio Edison**

**PO Box 3687**

_____

**Akron**                        OH      44309-3687

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$14,282.00

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Pipeline Packaging**

**27157 Network Pl**

_____

**Chicago**                    IL        **60673-1271**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,036.90**

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Pitney Bowes Global FinServ**

**PO Box 981022**

_____

**Boston**                    MA        **02298**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,630.08**

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Protoplast Inc**

**2-210 Willmott St**

**Cobourg ON K9A OE9**

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,155.00**

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Red Rover LLC**

**PO Box 72058**

_____

**Cleveland**                    OH        **44192-0002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$832.34**

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

**Rumpke of Ohio Inc**

**PO Box 538710**

_____

**Cincinnati**                **OH**      **45253-8710**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,423.90

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

**SD Myers**

**180 South Ave**

_____

**Tallmadge**               **OH**      **44278**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,409.00

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**Simonson Construction Services**

**2112 Troy Rd**

_____

**Ashland**                 **OH**      **44805**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,109.79

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**Skybox Packaging**

**PO Box 1567**

_____

**Mansfield**               **OH**      **44901-1567**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,282.20

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33** | Nonpriority creditor's name and mailing address

**Strong Electric Inc**

**438 E Main Street**

**Ashland**      **OH**    **44805**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,022.43**

---

**3.34** | Nonpriority creditor's name and mailing address

**SupplyOne Cleveland Inc**

**PO Box 643784**

**Pittsburgh**      **PA**    **15264-3784**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$26,055.73**

---

**3.35** | Nonpriority creditor's name and mailing address

**UL Verification Services**

**333 Pfingsten Rd**

**Northbrook**      **IL**    **60062**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,581.68**

---

**3.36** | Nonpriority creditor's name and mailing address

**UniFirst**

**PO Box 650481**

**Dallas**      **TX**    **75265-0481**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$862.90**

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims      page 15

Debtor   __Pioneer National Latex Inc__   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,440.80

__Univar USA Inc__

☐ Contingent

__62190 Collections Center Dr__

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

__Chicago__          IL      __60693__

__Business Goods or Services__

**Date or dates debt was incurred** _____

Is the claim subject to offset?

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$5,499.00

__Wayne Garage Door Sales__

☐ Contingent

__2150 SR 39 NW__

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

__Dover__           OH      __44622__

__Business Goods or Services__

**Date or dates debt was incurred** _____

Is the claim subject to offset?

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 16

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1  **US Attorney Wichita**
     **1200 Epic Center**
     **301 N Main**

     **Wichita**          **KS**    **67202**

Line   **2.9**

☐ Not listed.  Explain:

___ ___ ___ ___

4.2  **US Attorney Wichita**
     **1200 Epic Center**
     **301 N Main**

     **Wichita**          **KS**    **67202**

Line   **3.9**

☐ Not listed.  Explain:

___ ___ ___ ___

4.3  **US Small Business Administration**
     **District Counsel**
     **10675 Bedford Ave Ste 100**

     **Omaha**            **NE**    **68127**

Line   **3.9**

☐ Not listed.  Explain:

___ ___ ___ ___

4.4  **Wells Fargo Equipment Finance**
     **Equipment and Vendor Finance**
     **PO Box 77101**

     **Minneapolis**      **MN**    **55480**

Line   _____

☑ Not listed.  Explain:
     **Notice Only**

___ ___ ___ ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.  $120,890.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**  $441,770.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $562,660.87 |

**Fill in this information to identify the case:**

Debtor name **Pioneer National Latex Inc**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Premiseses Lease Contract to be REJECTED | Hillsdale Development |
| | | | PO Box 187 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ashland OH 44805 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Forklift Leases Contract to be ASSUMED | HYG Financial Services Inc. |
| | | | PO Box 77102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Minneapolis MN 55480-7102 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Contract to be ASSUMED | Pitney Bowes Global Fin Serv |
| | | | PO Box 981022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Boston MA 02298 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | VFI KR SPE I LLC HP Equipment Lease Contract to be ASSUMED | VFI KR SPE I LLC |
| | | | 2800 East Cottonwood Parkway 2nd Floor |
| | State the term remaining | | |
| | List the contract number of any government contract | | Salt Lake City UT 84121 |

**Fill in this information to identify the case:**

Debtor name    **Pioneer National Latex Inc**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1   **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**    **KS**    **67220**<br>City    State   ZIP Code | **CIBC Bank USA** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**    **KS**    **67220**<br>City    State   ZIP Code | **HYG Financial Services Inc** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**    **KS**    **67220**<br>City    State   ZIP Code | **Varilease Finance Inc EFT** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**    **KS**    **67220**<br>City    State   ZIP Code | **White Oak Commercial Finance LLC** | ☑ D<br>☐ E/F<br>☐ G |

Case 23-10939    Doc# 1    Filed 09/22/23    Page 30 of 42

| Debtor | **Pioneer National Latex Inc** | Case number (if known) _____ |
| --- | --- | --- |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.5 | **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**　　　　**KS**　**67220**<br>City　　　　　　State　ZIP Code | **Hillsdale Development** | ☐ D<br>☐ E/F<br>☑ G |
| 2.6 | **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**　　　　**KS**　**67220**<br>City　　　　　　State　ZIP Code | **HYG Financial Services Inc.** | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 | **Continental American Corporation** | **5000 E 29th Steet North**<br>Number    Street<br><br>**Wichita**　　　　**KS**　**67220**<br>City　　　　　　State　ZIP Code | **VFI KR SPE I LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.8 | **Vlamis Enterprises Wichita LLC** | **5000 E 29th Street North**<br>Number    Street<br><br>**Wichita**　　　　**KS**　**67220**<br>City　　　　　　State　ZIP Code | **CIBC Bank USA** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**          X **/s/ Daniel A. Flynn**
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                **Daniel A. Flynn**
                                Printed name
                                **Chief Executive Officer**
                                Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

In re  **Pioneer National Latex Inc**

Case No. _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...............................................................  **$105,000.00**

Prior to the filing of this statement I have received.......................................................  **$105,000.00**

Balance Due...........................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The fees listed and paid represent a retainer deposit, a portion of which was spent pre-filing, including on fees and costs. The deposit covers this case and the companion case for Continental America Corporation. Fees are billed at the firm's standard hourly rates. All fees earned post-petition shall be subject to fee application. The engagement agreement between the firm and the debtor shall govern all fees and is available to the Court and U.S. Trustee's office upon request.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/22/2023 | /s/ David Prelle Eron | |
|---|---|---|
| *Date* | *David Prelle Eron* | Bar No.  23429 |
| | Prelle Eron & Bailey, P.A. | |
| | 301 N. Main St., Suite 2000 | |
| | Wichita, KS 67202 | |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 | |

---

**/s/ Daniel A. Flynn**

*Daniel A. Flynn*
*Chief Executive Officer*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Pioneer National Latex Inc**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   White Oak Commercial Finance LLC 1155 Avenue of the Americas New York NY 10036 | | | Unliquidated | $7,695,000.00 | $3,000,000.00 | $4,695,000.00 |
| 2   CIBC Bank USA 1200 Main St Kansas City MO 64105 | | | | $3,800,000.00 | $0.00 | $3,800,000.00 |
| 3   Varilease Finance Inc EFT 2800 E Cottonwood Pkwy 2nd Fl Salt Lake City UT 84121 | | | | $2,600,000.00 | $0.00 | $2,600,000.00 |
| 4   CIBC Bank USA 1200 Main St Kansas City MO 64105 | | Unsecured Loan | | | | $136,000.00 |
| 5   Hillsdale Development PO Box 187 Ashland OH 44805 | | Business Goods or Services | | | | $94,800.00 |

Debtor  **Pioneer National Latex Inc**  Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Danny R Bunn 1093 Township Road 1704 Ashland OH 44805 | | Wages | | | | $52,360.00 |
| 7 Debbie L Klingler 674 Township Road 350 Sullivan OH 44880 | | Wages | | | | $38,703.00 |
| 8 SupplyOne Cleveland Inc PO Box 643784 Pittsburgh PA 15264-3784 | | Business Goods or Services | | | | $26,055.73 |
| 9 Constellation PNL PO Box 5473 Carol Stream IL 60197 | | Business Goods or Services | | | | $24,783.41 |
| 10 Mavin 2871 US 62 Dundee OH 44624 | | Business Goods or Services | | | | $17,813.70 |
| 11 Protoplast Inc 2-210 Willmott St Cobourg ON K9A OE9 | | Business Goods or Services | | | | $15,155.00 |
| 12 Ohio Edison PO Box 3687 Akron OH 44309-3687 | | Business Goods or Services | | | | $14,282.00 |
| 13 Estes Express Lines PO Box 105160 Atlanta GA 30348-5160 | | Business Goods or Services | | | | $13,593.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Columbia Gas of Ohio PO Box 4629 Carol Stream IL 60197-4629 | | Business Goods or Services | | | | $11,645.21 |
| 15 International Paper Wooster Solon Plant 689 Palmer St Wooster OH 44691 | | Business Goods or Services | | | | $8,972.44 |
| 16 Barbara A Siler 331 State Route 302 Polk OH 44866-9754 | | Wages | | | | $8,500.00 |
| 17 Rumpke of Ohio Inc PO Box 538710 Cincinnati OH 45253-8710 | | Business Goods or Services | | | | $7,423.90 |
| 18 C & K Industrial Services Inc 5617 E Schaaf Rd Independence OH 44131 | | Business Goods or Services | | | | $6,356.23 |
| 19 Simonson Construction Services 2112 Troy Rd Ashland OH 44805 | | Business Goods or Services | | | | $6,109.79 |
| 20 A & M Fire and Safety Equip Inc 500 E Main St Ashland OH 44805-2548 | | Business Goods or Services | | | | $5,847.44 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **Pioneer National Latex Inc**                                  CASE NO

                                                                        CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/22/2023 _____                    Signature   **/s/ Daniel A. Flynn** _____
                                                                *Daniel A. Flynn*
                                                                *Chief Executive Officer*

Date _____                        Signature _____

A & M Fire and Safety Equip Inc
500 E Main St
Ashland OH 44805-2548

Cathy R Jones
6262 Olivesburg
Shiloh OH 44878

CT Corporation System
330 N Brand Blvd Ste 700
Glendale CA 91203


Akron Dispersions
3291 Sawmill Road
PO Box 4195
Akron OH 44321

Charles P Bunn
968 State Route 58
Ashland OH 44805-8817

Danny R Bunn
1093 Township Road 1704
Ashland OH 44805


APO Pumps & Compressors Inc
PO Box 634968
Cincinnati OH 45263-4968

Chemsafe International
1 Zenex Cir
Bedford OH 44146

Davis & Newcomer Elevator
PO Box 187
17492 SR 12 W
Arcadia OH 44804


Barbara A Siler
331 State Route 302
Polk OH 44866-9754

CIBC Bank USA
1200 Main St
Kansas City MO 64105

Debbie L Klingler
674 Township Road 350
Sullivan OH 44880


Bond Chemicals Inc
1154 W Smith Rd
Medina OH 44256-2443

City of Ashland Div of Water
206 Claremont Ave
Ashland OH 44805

Dentons US LLP
4520 Main St Ste 1100
Kansas City MO 64111


Brandon T Barker
310 Vine St
Ashland OH 44805

Columbia Gas of Ohio
PO Box 4629
Carol Stream IL 60197-4629

Estes Express Lines
PO Box 105160
Atlanta GA 30348-5160


Brenda K Lane
1901 Township Road 1215
Ashland OH 44805-9429

Constellation PNL
PO Box 5473
Carol Stream IL 60197

Frontier
PO Box 740407
Cincinnati OH 45274-0407


Brenntag Mid South Inc
3796 Reliable Pkwy
Chicago IL 60686-0037

Continental American Corporatio
5000 E 29th Steet North
Wichita KS 67220

Gary Knoll
705 Thomas Rd
Willard OH 44890


Burns Industrial Equipment
PO Box 932678
Cleveland OH 44193

Corporation Service Company
PO Box 2576
Springfield IL 62708

H T I Inc
3835 Attucks Dr
Powell OH 43065


C & K Industrial Services Inc
5617 E Schaaf Rd
Independence OH 44131

CT Corporation
4400 Easton Commons Way Ste 125
Columbus OH 43219

Hillsdale Development
PO Box 187
Ashland, OH 44805

Hillsdale Development
PO Box 187
Ashland OH 44805

Luann E Kithcart
33 East 2th St
Ashland OH 44805

Rumpke of Ohio Inc
PO Box 538710
Cincinnati OH 45253-8710


Home Depot Credit
Dept 32-2535124162
PO Box 78047
Phoenix AZ 85062-8047

Mavin
2871 US 62
Dundee OH 44624

SD Myers
180 South Ave
Tallmadge OH 44278


HYG Financial Services Inc
PO Box 35701
Billings MT 59107

Michael W Walz
2401 Shadowood Ln
Mansfield OH 44903-8412

Simonson Construction Services
2112 Troy Rd
Ashland OH 44805


HYG Financial Services Inc.
PO Box 77102
Minneapolis, MN 55480-7102

MS Outdoors LLC
423 Eastern Ave
Ashland OH 44805

Skybox Packaging
PO Box 1567
Mansfield OH 44901-1567


Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Ohio Edison
PO Box 3687
Akron OH 44309-3687

Stacy L Myers
826 Ohio St
Ashland OH 44805


International Paper
Wooster Solon Plant
689 Palmer St
Wooster OH 44691

Pipeline Packaging
27157 Network Pl
Chicago IL 60673-1271

Strong Electric Inc
438 E Main Street
Ashland OH 44805


J & B Acoustical Inc
2750 Lexington Ave
PO Box 3015
Mansfield OH 44904

Pitney Bowes Global Fin Serv
PO Box 981022
Boston, MA 02298

SupplyOne Cleveland Inc
PO Box 643784
Pittsburgh PA 15264-3784


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-3058

Pitney Bowes Global FinServ
PO Box 981022
Boston MA 02298

UL Verification Services
333 Pfingsten Rd
Northbrook IL 60062


Kathy S Bradford
1347 Township Road 856
Ashland OH 44805

Protoplast Inc
2-210 Willmott St
Cobourg ON K9A OE9

UniFirst
PO Box 650481
Dallas TX 75265-0481


Keybank Cardmember
PO Box 89446
Cleveland OH 44101-6446

Red Rover LLC
PO Box 72058
Cleveland OH 44192-0002

Univar USA Inc
62190 Collections Center Dr
Chicago IL 60693

```
US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202


US Small Business Administratio
District Counsel
10675 Bedford Ave Ste 100
Omaha NE 68127


Varilease Finance Inc EFT
2800 E Cottonwood Pkwy 2nd Fl
Salt Lake City UT 84121



VFI ABS 2022-1 LLC
2800 East Cottonwood Parkway 2n
Salt Lake City UT 84121



VFI KR SPE I LLC
2800 East Cottonwood Parkway 2n
Salt Lake City UT 84121



VFI KR SPE I LLC
2800 East Cottonwood Parkway 2n
Salt Lake City, UT 84121



Vlamis Enterprises Wichita LLC
5000 E 29th Street North
Wichita KS 67220



Wayne Garage Door Sales
2150 SR 39 NW
Dover OH 44622



Wells Fargo Equipment Finance
Equipment and Vendor Finance
PO Box 77101
Minneapolis MN 55480


White Oak Commercial Finance LL
1155 Avenue of the Americas
New York NY 10036
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:                                                                    CHAPTER  **11**

**Pioneer National Latex Inc**

DEBTOR(S)                                                          CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Continental American Corporation<br>5000 E 29th St. N<br>Wichita, KS 67220 | Stock | 100% | Voting |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Chief Executive Officer** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/22/2023** _____          Signature: **/s/ Daniel A. Flynn** _____
                                                                          *Daniel A. Flynn*
                                                                          **Chief Executive Officer**